**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHON JOSEPH KOHUT,<br>Petitioner<br>v.<br>R. GODWIN, Warden,<br>Respondent. | Case No. EDCV 23-398-MWF (SHK)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Reports and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is **DISMISSED WITHOUT PREJUDICE** and the request for a Certificate of Appealability is **DENIED**.

Dated: November 7, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge